FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 12, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FERDA, LLC, d/b/a RESTORATION 1 OF SPOKANE, a Washington limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign company,<br><br>    Defendant. | No. 2:23-CV-00128-SAB<br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 12. The parties stipulate and request the Court dismiss this matter with prejudice, and without costs or attorney fees to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

//
//
//
//
//
//

**ORDER OF DISMISSAL** *1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Dismiss, ECF No. 12, is **GRANTED**.

2. This matter is **DISMISSED with prejudice** and without costs or attorney fees to any party.

3. Any pending motions are **DISMISSED as moot**.

4. The trial date and any remaining pretrial deadlines are **STRICKEN** from the Court's calendar.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **close** this file.

**DATED** this 12th day of July 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL** *2